IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| AMBER J. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CANDICE OSTERMAN, et al.,<br><br>Defendants. | CV 20-00023-H-DLC-JTJ<br><br>ORDER |

Defendant Kids Behavioral Health of Montana d/b/a Acadia Montana ("Acadia") has filed an unopposed motion to add Defendant Heather C. to the list of unserved Defendants set forth in the Court's November 2, 2020 Order (Doc. 28) because Defendant Heather C. has not been served and Acadia has not waived service of summons on her behalf. The motion will be granted.

The Court notes that Defendant Karen Galvin is listed as a Defendant on the docket but there are no allegations against Ms. Galvin in Plaintiff's Complaint. Accordingly, Plaintiff must also show cause why Ms. Galvin should not be recommended for dismissal.

Based upon the foregoing, the Court issues the following:

**ORDER**

1. Acadia's Unopposed Motion to Add Heather C. to Order Listing Unserved Defendants (Doc. 29) is GRANTED.

1

2. On or before November 16, 2020 Plaintiff must request service of process by the United States Marshal, provide proof of service, or show good cause for the failure to serve Defendants Candice Osterman, Emily McVey, Jake Westerhold, AYA Youth Dynamics Group Home and their staff members Chris and Kevin, Probation Officer Deanna Lougee, and Heather C.

3. On or before November 16, 2020, Plaintiff must show cause why Defendant Karen Galvin should not be recommended for dismissal.

DATED this 4th day of November, 2020.

_____
John Johnston
United States Magistrate Judge