# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| AMBER J. WILLIAMS, | CV 20-23-H-DLC-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| CANDICE OSTERMAN, et al., | |
| Defendants. | |

The Court will conduct a hearing on all pending motions[1] at 10:00 a.m. on July 20, 2021, at the Paul G. Hatfield Courthouse in Helena, Montana.

If Plaintiff fails to appear at the hearing, the Court will recommend that the motions to dismiss filed by Defendants Acadia Montana, Jennifer Hedke and Castle Pines Group Home be granted, and that all of the claims against these Defendants be dismissed for failure to comply with the Court's Order.

DATED this 21st day of June, 2021.

John Johnston
United States Magistrate Judge

---

[1] Docs. 33, 34, 35, 36 and 39